# CRIMINAL MINUTE SHEET
# MOTION HEARING

☐ This minute sheet also contains a Minute Order
☐ Telephonic

Date: Jul 7, 2014                                   Case No.   12-CR-245-1J
Time: 1:35 pm - 2:00 pm                             Interpreter: none
                                                    Int. Telephone:

| UNITED STATES OF AMERICA | VS | MARTIN IVERSON | |
|---|---|---|---|
| Alan B. Johnson | Abby Logan | Julie Thomas | none |
| Judge | Clerk | Reporter | Law Clerk |
| | Goodman/Feezer | none | |
| | Marshal | Probation | |

Attorney(s) for Government: Stephanie Sprecher

Attorney(s) for Defendant(s): Jim Barrett (stand by counsel only)

Witness(es) for Government:

Witness(es) for Defendant(s):

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| | | | |

Other:

Defendant is back from his mental evaluation which concluded that this defendant is presently competent to proceed in this case. Trial set for 6/28/14 at 9:30 a.m. before Judge Johnson. Mr. Iverson informs the Court that he still wishes to represent himself in this matter and the Judge advises him with regards to his rights and the Courts expectations as to such.