Stephanie I. Sprecher WSB #6-2988
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY  82602-5010
307-261-5434
stephanie.sprecher@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **Criminal No. 12-CR-245-J** |
| **MARVIN IVERSON,** | ) ) ) | |
| Defendant. | ) | |

**UNITED STATES' REQUEST FOR A *FARETTA* HEARING
PURSUANT TO *FARETTA v. CALIFORNIA***

COMES NOW the United States of America, by and through its attorney, Stephanie I. Sprecher, Assistant United States Attorney for the District of Wyoming, and respectfully request to have a hearing pursuant to *Faretta v. California,* 422 U.S. 806 (1975) prior to the start of trial on July, 28, 2014, to ensure that the defendant's waiver of counsel is knowing, intelligent and voluntary.

DATED this 16th day of July, 2014.

                                              Respectfully submitted,

                                              CHRISTOPHER A. CROFTS
                                              United States Attorney

                    By:    */s/ Stephanie I. Sprecher*
                                              STEPHANIE I. SPRECHER
                                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2014, a true and correct copy of the foregoing **UNITED STATES' REQUEST FOR A *FARETTA* HEARING PURSUANT TO *FARETTA v. CALIFORNIA*** was served upon James H. Barrett via CM/ECF and upon the following by depositing the same, postage prepaid, in the United States mail, addressed to:

**Marvin L. Iverson**
C/O Scotts Bluff County Adult Detention Center
P.O. Box 130
Gering, NE 69341

*/s/ Lisa K. Wait*
UNITED STATES ATTORNEY'S OFFICE