Stephanie I. Sprecher
Assistant United States Attorney
District of Wyoming
P.O. Box 22211
Casper, WY  82602-5010
307-261-5434 (phone)
307-261-5471 (fax)
stephanie.sprecher@usdoj.gov
Wyoming State Bar #6-2988

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2014 JUL 23  PM 3 41
STEPHAN HARRIS, CLERK
CASPER

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 12-CR-245-J |
| MARVIN IVERSON, | ) ) ) |
| Defendant. | ) |

## PRAECIPE TO ISSUE TRIAL SUBPOENA

The clerk will please issue one trial subpoena in the above-entitled case.

**DATED** this 23rd day of July, 2014.

Respectfully submitted,

CHRISTOPHER A. CROFTS
United States Attorney

By: _____
STEPHANIE I. SPRECHER
Assistant United States Attorney

/ issued