# CRIMINAL MINUTE SHEET
# MOTION HEARING

☐ This minute sheet also contains a Minute Order
☑ Telephonic

Date: Jul 25, 2014            Case No.   12-CR-245-ABJ-1
Time: 3:07pm-3:47pm      Interpreter:
                                       Int. Telephone:

UNITED STATES OF AMERICA    VS   Marvin Iverson

| Alan B. Johnson | Tammy Hilliker | Jan Davis | |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

| Justin Cline | |
|---|---|
| Marshal | Probation |

Attorney(s) for Government: Stephanie Sprecher (by phone)

Attorney(s) for Defendant(s): Marvin Iverson pro se and stand by counsel James Barrett

Witness(es) for Government:

Witness(es) for Defendant(s):

| Gov/Dft | Doc # | Motion to/for | Disposition |
|---|---|---|---|
| | | | |

Other:
Court is on the record for a Faretta Hearing
The Court questions defendant as to understanding of law and persisting moving forward pro se.
Court will permit defendant to move forward and proceed to trial pro se.
Court takes notice in open court of documents filed by defendant through his daughter to the Clerks Office.