FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

**IN THE UNITED STATES DISTRICT COURT** U 14  PM 3 54

**FOR THE DISTRICT OF WYOMING** STEPHAN HARRIS, CLERK
CASPER

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | No. _____ 12 CR 24 . |
| | ) | |
| Plaintiff, | ) | **18 U.S.C. § 1344** |
| | ) | (Bank Fraud) |
| v. | ) | |
| | ) | |
| **MARVIN IVERSON,** | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
JUL 25 2014
CLERK, U.S.D.C.
CHEYENNE, WYOMING

## **INDICTMENT**

THE GRAND JURY CHARGES THAT:

From on or about April 9, 2012, and continuing through on or about September 24, 2012, in the District of Wyoming, the Defendant, **MARVIN IVERSON,** devised a scheme and artifice:

(a)     to defraud Big Horn Federal Savings Bank, a federally insured financial institution,

(b)     to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Big Horn Federal Savings Bank, a federally insured financial institution, by means of materially false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that the Defendant, on or about June 23, 2012, in the District of Wyoming, caused to be delivered to Big Horn Federal Savings Bank by certified mail check number 1170 in the amount of $17,698, and check number 1171 in the amount of $9,68

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk



Said checks were drawn on the Defendant's First Interstate Bank account, which, as the Defendant then well knew, was closed on April 19, 2012. The Defendant presented said checks to Big Horn Federal Savings Bank to pay off existing debts owed by the Defendant to Big Horn Federal Savings Bank. As a result, Big Horn Federal Savings Bank discharged the Defendant's debts. Big Horn Federal Savings Bank presented said checks to First Interstate Bank for payment. Said checks were not honored as they were drawn on a closed account. To date, the Defendant has refused to reimburse Big Horn Federal Savings Bank for said checks.

In violation of 18 U.S.C. § 1344.

A TRUE BILL:

FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

# PENALTY SUMMARY

**DEFENDANT NAME:**   **MARVIN IVERSON**

**DATE:**                      November 13, 2012

**INTERPRETER NEEDED:**   _____ Yes    ✓ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne    ✓ Casper    _____ Lander    _____ No Preference

**VICTIM:**          ✓ Yes    _____ No

**SEAL CASE:**       _____ Yes    ✓ No

**OFFENSE:**         **18 U.S.C. § 1344**
                     Bank Fraud

**PENALTIES:**       0-30 Years Imprisonment
                     $1,000,000 Fine
                     3 Years Supervised Release
                     $100 Special Assessment
                     Class "B" Felony

**AGENT:**   Kent C. Smith/FBI          **AUSA:**   Stephanie I. Sprecher

**ESTIMATED TIME OF TRIAL:**   ✓ 1-5 days    _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

_____ Yes          ✓ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

_____ Yes          _____ No

PAY TO THE ORDER OF
ALAN B JOHNSON AND/OR
UNITED STATES

FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT DISTRICT OF WYOMING

For The District of Wyoming 2012 NOV 16 AM 10 41

STEPHAN HARRIS, CLERK
CASPER

**NON-PUBLIC DOCUMENT**

UNITED STATES OF AMERICA,

## SUMMONS IN A CRIMINAL CASE

V.                                     CASE NUMBER: 12CR245J

MARVIN IVERSON
P. O. Box 67
Burlington, WY 82411

      YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| | |
|---|---|
| Place:<br>Ewing T. Kerr Federal Courthouse<br>111 South Wolcott<br>Casper, WY 82601<br>Courtroom No. 1 | |
| Before:<br>R. Michael Shickich<br>United States Magistrate Judge | Date & Time:<br>November 27, 2012<br>3:00 p.m. |
| | |

To answer an Indictment charging you with a violation of 18 U.S.C. 1344 - Bank Fraud.

Stephan Harris, Clerk of Court
Name and Title of Issuing Officer

Deany Fondren

By Deputy Clerk

cc: James H. Barrett, FPD

November 16, 2012
Date

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By
Deputy Clerk

PAY TO THE ORDER OF
ALAN B JOHNSON AND/OR
UNITED STATES

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 2 1 2013

Stephan Harris, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 12-CR-245-J |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 1344 |
| | ) | (Bank Fraud) |
| v. | ) | |
| | ) | |
| MARVIN IVERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## S U P E R S E D I N G I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

From on or about April 9, 2012, and continuing through on or about September 24, 2012, in the District of Wyoming, the Defendant, **MARVIN IVERSON,** devised a scheme and artifice:

    (a)    to defraud Big Horn Federal Savings Bank, and JPMorgan Chase Bank, federally insured financial institutions,

    (b)    to obtain moneys, funds, credits, assets, securities, or other property owned by or under the custody or control of Big Horn Federal Savings Bank and JPMorgan Chase Bank, federally insured financial institutions, by means of materially false or fraudulent pretenses, representations, or promises.

It was part of the scheme and artifice that the Defendant, on or about June 23, 2012, in the District of Wyoming, caused to be delivered to Big Horn Federal Savings Bank by certified mail check number 1170 in the amount of $17,698, and check number 1171 in the amount of $9,680, s

CERTIFIED A TRUE COPY:
Stephan Harris
Clerk

By _____
Deputy Clerk



checks having been drawn on the Defendant's First Interstate Bank account, which, as the Defendant then well knew, was closed on April 19, 2012. The Defendant presented said checks to Big Horn Federal Savings Bank to pay off existing debts owed by the Defendant to Big Horn Federal Savings Bank. As a result, Big Horn Federal Savings Bank discharged the Defendant's debts. Big Horn Federal Savings Bank presented said checks to First Interstate Bank for payment. Said checks were not honored as they were drawn on a closed account.

It was also part of the scheme and artifice that the Defendant, between on or about August 18, 2012 and on or about August 31, 2012, in the District of Wyoming and elsewhere, caused to be delivered to JPMorgan Chase Bank check number 1123 in the amount of $369,300, said check having been drawn on the Defendant's First Interstate Bank account, which, as the Defendant then well knew, was closed on April 19, 2012. The Defendant presented said check to JPMorgan Chase Bank to pay off an existing mortgage debt owed by Coriann Morgan to JPMorgan Chase Bank.

In violation of 18 U.S.C. § 1344.

A TRUE BILL:

FOREPERSON

CHRISTOPHER A. CROFTS
United States Attorney

-2-

# PENALTY SUMMARY

Criminal No. 12-CR-245-J

**DEFENDANT NAME:**    **MARVIN IVERSON**

**DATE:**                           March 18, 2013

**INTERPRETER NEEDED:**    _____ Yes    __✓__ No

THE GOVERNMENT, PURSUANT TO RULE 18, F.R.Cr.P., WITH DUE REGARD FOR THE CONVENIENCE OF THE DEFENDANT, ANY VICTIM AND WITNESSES, AND THE PROMPT ADMINISTRATION OF JUSTICE, REQUESTS TRIAL BE HELD IN:

_____ Cheyenne    __✓__ Casper    _____ Lander    _____ No Preference

**VICTIM:**          __✓__ Yes    _____ No

**SEAL CASE:**       _____ Yes    __✓__ No

**OFFENSE:**           18 U.S.C. § 1344
                       Bank Fraud

**PENALTIES:**         0-30 Years Imprisonment
                       $1,000,000 Fine
                       3 Years Supervised Release
                       $100 Special Assessment
                       Class "B" Felony

**AGENT:**   Kent C. Smith/FBI          **AUSA:**   Stephanie I. Sprecher

**ESTIMATED TIME OF TRIAL:**    __✓__ 1-5 days    _____ more than 5 days

**THE GOVERNMENT WILL SEEK DETENTION IN THIS CASE:**

__✓__ Yes    _____ No

**The court should not grant bond because the Defendant is not bondable because there are detainers from other jurisdictions:**

_____ Yes    _____ No

PAY TO THE ORDER OF

ALAN B JOHNSON AND/OR

UNITED STATES



FILED

3:25 pm, 7/7/14
**Stephan Harris**
**Clerk of Court**

## United States District Court
──────────── For The District of Wyoming ────────────

UNITED STATES OF AMERICA,

                        Plaintiff,                      **NOTICE**

vs.

MARVIN IVERSON,                    Case Number: 12-CR-245-01-J
                                   Interpreter Needed: NO

            Defendant.
─────────────────────────────────────────────────────

TYPE OF CASE:

                        **Criminal**
─────────────────────────────────────────────────────

**TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:**

| PLACE | BEFORE |
|---|---|
| J.C. O'Mahoney Federal Building<br>2120 Capitol Avenue<br>Cheyenne, WY 82001<br>Courtroom #2 | Alan B. Johnson, United States District Judge |
| | DATE AND TIME<br>July 28, 2014 at 9:30 am |

TYPE OF PROCEEDING

                        Jury Trial
─────────────────────────────────────────────────────

                                   STEPHAN HARRIS
                                   Clerk of Court

July 7, 2014                       Linda G. Burke
───────────────                    ───────────────
Date                               Deputy Clerk

TO:
US Attorney/Sprecher               US Marshal
Marvin Iverson - Pro Se            US Probation
James H. Barrett                   Court Reporter

CERTIFIED A TRUE COPY
Stephan Harris
Clerk

By _____
Deputy Clerk



PAY TO THE ORDER OF
ALAN B JOHNSON AND/OR
UNITED STATES



Form **56**
(Rev. December 2011)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship

(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

**Part I**    Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| **MARVIN LESLIE IVERSON** | **503527555f86141111** | **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** |

Address of person for whom you are acting (number, street, and room or suite no.)
**SCOTTS BLUFF COUNTY ADULT DETENCION CENTER PO BOX 130**
City or town, state, and ZIP code (If a foreign address, see instructions.)
**GERING, NEBRASKA 69341**
Fiduciary's name
**stephan harris dba district cleck/chancellor Stephan Harris**
Address of fiduciary (number, street, and room or suite no.)
**2120 Capitol Avenue Room 2**
City or town, state, and ZIP code
**Cheyenne, WY 82001**

*INTERNAL REVENUE SERVICE*
*W & I - FIELD ASSISTANCE*
*CHEYENNE, WY 82009*

JUL 2 5 2014

| Telephone number (optional) |
|---|
| ( 307 ) 433-2120 |

### Section A. Authority

RECEIVED
41307

1   Authority for fiduciary relationship. Check applicable box:    31 USC 558 IN CONJUNCTION WITH 31 USC 3713,
- a   ☐ Court appointment of testate estate (valid will exists)    terminating duties of judge Alan B Johnson, Stephanie
- b   ☐ Court appointment of intestate estate (no valid will exists)    Sprecher, James Barrett. the appointment of stephan harris
- c   ☐ Court appointment as guardian or conservator    to Trustee for discharge of the charges, claimed against
- d   ☐ Valid trust instrument and amendments    the Trust. claim and recoupment for acts in infancy/issues
- e   ☑ Bankruptcy or assignment for the benefit or creditors    in matters in probate yet to be adjudicated effective upon
- f   ☑ Other. Describe ▶ --------------------    notice.

2a   If box 1a or 1b is checked, enter the date of death ▶ --------------------
2b   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶   effective upon not.

### Section B. Nature of Liability and Tax Notices

3   Type of taxes (check all that apply): ☑ Income   ☑ Gift   ☑ Estate   ☐ Generation-skipping transfer    ☐ Employment
    ☑ Excise   ☑ Other (describe) ▶ amedment 14.clause 4 assement against the TRUST --------------------

4   Federal tax form number (check all that apply):   **a** ☐ 706 series   **b** ☑ 709   **c** ☐ 940   **d** ☐ 941, 943, 944
    **e** ☑ 1040, 1040-A, or 1040-EZ   **f** ☑ 1041   **g** ☐ 1120   **h** ☑ Other (list) ▶ 1099 QID.1099 A.1099 MISC --------------------

5   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . . . . ▶ ☐
    and list the specific years or periods ▶ --------------------

6   If the fiduciary listed wants a copy of notices or other written communications (see the instructions) check this box . . . . ▶ ☐
    and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than 1 form entered on line 4h, enter the
    form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see the separate instructions.     Cat. No. 16375I     Form **56** (Rev. 12-2011)



Form 56 (Rev. 12-2011)                                                                                                           Page **2**

| **Part II** | **Court and Administrative Proceedings** | | |
|---|---|---|---|

Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF WYOMING
Address of court

SEPTEMBER 25,2012
Docket number of proceeding

2120 Capitol Avenue Room 2
City or town, state, and ZIP code

1:12-cr-00245-ABJ

Chevenne, WY 82001

| | Date | Time | | a.m. | Place of other proceedings |
|---|---|---|---|---|---|
| | JULY 25 2014 | 3:00 | ☑ | p.m. | Casper, WY |

| **Part III** | **Signature** |
|---|---|

I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer.

**Please
Sign
Here**

▶  *:Marvin-Leslie: Ive...*                      PROTECTOR FOR THE TRUST          JULY 23, 2014
Fiduciary's signature                            Title, if applicable                          Date

Form **56** (Rev. 12-2011)

12-CR-245-J-1

$10 Bill attached to document (Trust Order)
     (not scanned)

$10 has been sealed and
      placed in vault in
        Clerks Office.

                                7/25/14
                                J Hilliker

trust order


from: marvin leslie iverson, protector for MARVIN LESLIE IVERSON
to: Judge Alan B Johnson and Chancellor Stephan Harris
re: 1:12-cr-00245-ABJ

greetings Judge Alan B Johnson and Chancellor Stephan Harris

the trust is going to pay the bill for all charges and all costs.

i accept the oath office of the district clerk/chancellor Stephan Harris and i order the Chancellor
Stephan Harris to go into the trust account, 503527555f86141111, and to take whatever amount
is required to settle the above cited case plus costs, and no more and no less, settle the account,
and return all of my property to me.

marvin leslie iverson, protector for MARVIN LESLIE IVERSON July 23, 2014

trust order


from: marvin leslie iverson, protector for MARVIN LESLIE IVERSON
to: Judge Alan B Johnson and Chancellor Stephan Harris
re: 1:12-cr-00245-ABJ

greetings Judge Alan B Johnson and Chancellor Stephan Harris

the trust is going to pay the bill for all charges and all costs.

i accept the oath office of the district clerk/chancellor Stephan Harris and i order the Chancellor
Stephan Harris to go into the trust account, 503527555f86141111, and to take whatever amount
is required to settle the above cited case plus costs, and no more and no less, settle the account,
and return all of my property to me.

marvin leslie iverson, protector for MARVIN LESLIE IVERSON July 23, 2014