# United States District Court

## For The District of Wyoming

Alan B. Johnson, United States District Judge

Tammy Hilliker,  Deputy Clerk
Julie Thomas, Court Reporter
Kurt Tyler, Law Clerk

July 28, 2014
Cheyenne, Wyoming

Case No. 12-CR-245-ABJ   USA vs Iverson

United States of America ,

Plaintiff,

v.

Marvin Iverson,

Defendant.

Plaintiff's Attorneys: Stephanie Sprecher

Defendant's Attorneys: Marvin Iverson (prose)
James Barrett (standby)

## COURTROOM MINUTES
### JURY TRIAL Day 1

| | |
|---|---|
| 9:45am- | Court is now in session.  Pretrial matters  heard outside the presence of the jury. |
| 9:56am- | Jury is brought in and seated.  The Judge welcomes and addresses potential jurors. |
| 10:05am- | Courtroom Deputy administers Qualification Oath to potential jurors. |
| 10:25am- | Courtroom Deputy administers Voir Dire Oath to potential jurors. |
| 10:28am- | Courtroom Deputy calls jurors from list and seats in the jury box. |
| 10:32am- | Judge begins voir dire. |
| 11:03am- | Court excuses juror #21.  New juror called to jury box. |
| 11:15am- | Court stands in recess for morning break. |
| 11:37am- | Court is back in session. |

11:58am-      Juror #30 is excused, new juror called.

12:02pm-      Juror #39 is excused, new juror called.

12:10pm-      Juror #24 is excused, new juror called.

12:14pm-      Juror #12 is excused, new juror called.

12:21pm-      Juror #31 is excused, new juror called.

12:25pm-      Juror #5 is excused, new juror called.

12:29pm-      Court calls 3 alternate jurors

12:35pm-      Jurors #20 and #8 excused.  Juror 3 is seated in box.

12:40pm-      Jury is Selected.  Jury is oath is administered  by Courtroom Deputy.

12:42pm-      Court stands in recess.

2:00pm-       Court is back in session.

2:16pm-       Jury is brought in and seated.  The Court gives initial instructions to the jury.

2:29pm-       Government Counsel Sprecher begins opening statement.

2:44pm-       Defendant reserves opening statement until after Government rests.

2:46pm-       Government calls witness Justin Sanders Vice President Branch Manager of Big
              Horn Federal Savings Bank in Cody.   Courtroom Deputy administers  oath.
              Government begins direct examination.

3:15pm-       Defendant objects to exhibit 105.  Exhibits is withdrawn by Government.

3:40pm-       Court stand in recess for afternoon break.

4:05pm-       Court is back in session. Jury is seated.  Defendant Marvin Iverson (pro se) conducts
              cross examination of Witness Justin Sanders.

4:14pm-       Defendant has nothing further for this witness.  Government conducts re-direct.
4:15pm-       Court excuses this witness from the stand and release him from his subpoena.

Government calls next witness Stephanie Garman, Personal Banker at First Interstate Bank,  to the stand.  Courtroom Deputy administers oath.

5:06pm-     Court gives admonition instruction to the jury.

5:07pm      Court stands in recess.