# United States District Court

## For The District of Wyoming

Alan B. Johnson, United States District Judge

Tammy Hilliker,  Deputy Clerk
Julie Thomas, Court Reporter
Kurt Tyler, Law Clerk

July 29, 2014
Cheyenne, Wyoming

Case No. 12-CR-245-ABJ   USA vs Iverson

United States of America ,

                    Plaintiff,

v.

Marvin Iverson,

                    Defendant.

Plaintiff's Attorneys: Stephanie Sprecher

Defendant's Attorneys: Marvin Iverson (prose)
James Barrett (standby)

## COURTROOM MINUTES
### JURY TRIAL Day 2

| | |
|---|---|
| 9:09am- | Court is in session.  Pretrial matters handled outside the presence of the jury. |
| 9:13am- | Jury is brought in a seated.  Witness Stephanie Garman takes the stand and reminded she is under oath. Counsel Sprecher continues with direct examination. |
| 9:25am | Government has no further questions for this witness.  Defendant conducts cross examination. |
| 9:27am- | Witness is excused and released from her subpoena.  Government Counsel Matt Peterson calls witness Becky Lindsey, County Treasurer, to the stand.  Courtroom Deputy administers oath.  Counsel Matt Peterson conducts direct examination. |
| 9:32am- | SIDEBAR |
| 9:36am- | END SIDEBAR |
| 9:37am- | Court gives an instruction to the jury. |
| 9:49am- | Government has no further questions of this witness.  Defense has no questions. |

Court excuses this witness and releases her from her subpoena.

9:51am-        Government Counsel Sprecher calls Margy Littlejohn to the stand.  Courtroom
               Deputy administers oath.  Government conducts direct examination.

10:04am-       Government has no further questions for this witness.  Defendant has no questions.
               Court release witness from subpoena and excuses her.  Government calls next
               witness Paul Cardwell to the stand.  Courtroom Deputy administers oath.
               Government Counsel Sprecher begins direct examination.

10:23am-       Government has no further questions for this witness.

10:25am-       Court stands in recess for morning break.

10:44am-       Court is back in session.  Jury is brought in and seated.  Court gives jury another
               instruction regarding evidence.

10:46am-       Defendant begins cross examination of witness.

10:51am-       Defendant has no further questions for this witness.
               Government has no further questions for this witness.  Witness is excused.
               Government calls witness Agent Kent Smith, FBI Agent.  Courtroom Deputy
               administers oath.

11:37am-       Government has no further questions.
               Defendant has no further questions.
               Government asks to ask witness another questions she neglected to ask.

11:39am-       Government has no further questions.  Defense has o further questions.
               Government rests at this time. Court excuses the jury for lunch.

11:42am-       Defendant makes motion for judgment of acquittal.

11:44am-       Court overrules the motion in this case.  Court reminds defendant of his right to
               remain silent.  Court reminds defendant of his opening statement if he wishes to
               make one.

11:47am-       Court stands in recess until 1:30.

1:42pm-        Court is back in session.  Defendant waives his opening statement.

1:46pm-       Jury is seated.  Defendant calls himself to the stand.  Courtroom Deputy administers
              oath.  Stand by Counsel to assist Mr. Iverson in presenting his testimony.

2:12pm-       Defense has no further questions.  Government conducts cross examination.

2:41pm-       Government has no further questions.  Defense (stand by Counsel) proceeds with
              re-direct.

2:48pm-       Defense has no further questions.  Government proceeds with re-cross.

2:50pm-       Government has no further questions.
              Defense rests.  Evidence is closed.

2:52pm-       SIDEBAR

2:54pm-       END SIDEBAR

2:55pm-       Court gives jury admonition instruction and excuses them until tomorrow.
              Defendant renews his motion and the Court persists in its ruling.

2:59pm-       Court stands in recess.

4:29pm-       Court is back in session for instruction conference outside the presence of the jury.

5:05pm-       Court stands in recess.