# United States District Court
## For The District of Wyoming
Alan B. Johnson, United States District Judge

| | |
|---|---|
| Tammy Hilliker, Deputy Clerk | July 30, 2014 |
| Julie Thomas, Court Reporter | Cheyenne, Wyoming |
| Kurt Tyler, Law Clerk | |

Case No. 12-CR-245-ABJ   USA vs Iverson

| | |
|---|---|
| United States of America, | Plaintiff's Attorneys: Stephanie Sprecher |
| Plaintiff, | |
| v. | |
| Marvin Iverson, | Defendant's Attorneys: Marvin Iverson (prose) |
| Defendant. | James Barrett (standby) |

## COURTROOM MINUTES
### JURY TRIAL Day 3

| | |
|---|---|
| 9:22am- | Court is in session.  Jury is brought in and seated. |
| 9:26am- | Court reads instructions to the jury. |
| 9:52am- | Government Counsel Stephanie Sprecher begins closing arguments. |
| 10:13am- | Defendant Marvin Iverson begins closing arguments. |
| 10:24am- | Court continues with the remaining instructions to the jury. |
| 10:38am- | Courtroom Deputy administers Bailiff's Oath.  Jury is taken for deliberations. |
| 10:49am- | All motions renewed.  Court persists in its previous ruling.  Court stands in recess. |
| 1:40pm- | Court is back in session.  Court advises defendant of the next procedures. |
| 1:44pm- | Jury is brought in and seated.  Courtroom Deputy takes roll call of jurors. |

| | |
|---|---|
| 1:49pm- | Juror #9 read and renders a GUILTY verdict.<br>Courtroom Deputy polls jury. |
| 1:53pm- | Case set for sentencing on 10/08/14 at 8:30am<br>Presentence Report is ordered at this time |
| 1:57pm- | Court gives final instructions to the jury |
| 2:02pm- | Defendant is ordered to the custody of the U.S. Marshal service. |
| 2:03pm- | Jurors are excused and Court stands in recess. |