# CRIMINAL MINUTE SHEET
## SENTENCING

Date: 10/08/14   ☐ Non-Public Document   Case No.: 12-CR-245-ABJ-1
Time: 8:45am-9:48am   Interpreter: ___   Int. Phone: ___

**USA** vs. Marvin Iverson

| Alan B. Johnson | Tammy Hilliker | Julie Thomas | Tom Fitzgerald | Jon Goodman |
|---|---|---|---|---|
| JUDGE | CLERK | CT REPORTER | PROBATION | MARSHAL |

**APPEARANCES**
Government: Stephanie Sprecher
Defendant: Pro se   James Barrett (standby)
☐ CJA   ☑ FPD   ☐ RET   ☐ WAIVED

☑ Defendant acknowledges having read presentence report
☐ Defendant's ___ objections to presentence report
   ☐ Court denies objections to presentence report   ☐ Court grants objections to presentence report

☑ Witness(es): Linda Iverson wife
☐ Exhibits received by Court ___

☐ Government to move for departure within 1 year of sentencing
   Downward Departure   ☐ Granted   ☐ Denied

**SENTENCING INFORMATION**
☑ Defendant is committed to custody
   For a period of 33 Month(s) as to Count(s) 1 ___ as to Count(s) ___
   ___ as to Count(s) ___ ___ as to Count(s) ___

☐ Sentence shall be served to ___
☐ Defendant is sentenced to time served   ☐ Plus up to ten (10) days to allow for deportation proceedings
☑ Upon release from custody, the defendant shall be on **supervised release**
   For a period of 3 Year(s) as to Count(s) 1 ___ as to Count(s) ___
   ___ as to Count(s) ___ ___ as to Count(s) ___

☐ Supervised Release shall be served to ___
☐ Defendant to be deported upon release from confinement
☐ Defendant is placed on **probation** for a period of ___

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

☑ Obey all laws, Federal, State & Local
☑ Abide by the standard conditions of supervision
☐ Home confinement for a period of ___
☑ Not use or possess firearms/ammunition/explosives
☐ Not purchase, use or possess alcohol/intoxicants; frequent places where alcohol is bought, sold or dispensed
☐ Submit to mandatory drug testing (w/in 15 days of release)
☑ Notify Probation of change in economic circumstance
☐ Notify employers of conviction
☑ Submit person, residence, office or vehicle to a search

☑ Report to Probation w/in 72 hours of release
☑ Provide complete financial disclosure as directed
☐ Electronic monitoring as directed by Probation
☐ Not use or possess controlled substances/drugs
☑ Not open new lines of credit or incur new debt
☐ Submit to additional drug/alcohol testing and treatment
☑ Mandatory drug testing is waived
☑ DNA collection
☑ Cognitive/Behavioral Treatment
☐ Pay one-time fee of $250.00 to partially defray costs of treatment and/or drug testing

☑ Other (continued from conditions of Probation/Supervised Release)
Cooperate with IRS and file tax returns

The defendant has requested that the Public Defenders Office be reappointed to his case for purposes of appeal after entry of sentenced. Court grants that appointment.

**MONETARY IMPOSITIONS**

☑ Defendant shall pay **special assessment(s)** in the amount of $100.00 as to Count(s) 1, _____ as to Count(s) _____, _____ as to Count(s), _____, _____ as to Count(s) _____ for a **total** of $100.00
☑ Special assessment is due and payable immediately
☑ Special assessment shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☑ Special assessment shall be paid in monthly installments of at least $25 or 10% income during the term of supervision
☐ Special assessment remitted upon deportation of the defendant

☐ Defendant shall pay a **fine** in the amount of _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____ for a **total** of $0.00
☐ Fine is due and payable immediately
☐ Fine shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☐ Fine shall be paid in monthly installments of at least $_____ during the term of supervision
☐ Fine shall be paid jointly and severally with _____
☑ Fine is waived due to inability to pay

☑ Defendant shall make **restitution** in the amount of $29,358.29 as to Count(s) 1, _____ as to Count(s) _____, _____ as to Count(s) _____, _____ as to Count(s) _____ for a **total** of $29,358.29
☑ Restitution is due and payable immediately
☑ Restitution shall be paid through the Inmate Financial Responsibility Program and any balance not paid shall be paid during the term of supervision but no later than 60 days prior to the expiration of supervision
☑ Restitution shall be paid in monthly installments of at least $25 or 10% income during the time of supervision
☐ Restitution shall be paid jointly and severally with _____
☐ Other restitution information _____

☐ Interest requirement for fine/restitution/special assessment is waived

☑ Defendant is **remanded** to custody of US Marshal
☐ Defendant shall **surrender** to designated prison on/before _____ at _____ AM
☐ Defendant shall **report** to institution as directed by Probation
☑ Court **recommends placement** at a facility as close to family with medical treatment

☐ Court recommends defendant participate in the prison industries program
☐ Court recommends defendant participate in the Bureau of Prison's 500-hour Residential Drug Treatment Program
☐ Court recommends defendant participate in substance abuse treatment while incarcerated
☑ Defendant advised of right to appeal    ☐ Defendant waives right to appeal
☐ Defendant shall forfeit the following property

☐ Count(s) _____ of the Indictment **dismissed** on the motion of the United States