```
 1                IN THE UNITED STATES DISTRICT COURT

 2                     FOR THE DISTRICT OF WYOMING

 3    ----------------------------------------------------------------

 4    UNITED STATES OF AMERICA,           Case No. 12-CR-00245-J

 5            Plaintiff,                  Volume II EXCERPT
                                          Cheyenne, Wyoming
 6            vs.                         July 29, 2014
                                          9:09 a.m.
 7    MARVIN IVERSON,

 8            Defendant.                  CERTIFIED COPY

 9    ----------------------------------------------------------------

10


11                  TRANSCRIPT OF TRIAL PROCEEDINGS

12                (MOTION FOR JUDGMENT OF ACQUITTAL)

13             BEFORE THE HONORABLE ALAN B. JOHNSON
                      UNITED STATES DISTRICT JUDGE
14             and a jury of twelve and two alternates

15
      APPEARANCES:
16
      For the Plaintiff:     MS. STEPHANIE I. SPRECHER
17                           Assistant United States Attorney
                             UNITED STATES ATTORNEY'S OFFICE
18                           P.O. Box 22211
                             Casper, WY 82602
19
      For the Defendant:     MR. MARVIN IVERSON, Pro Se
20                           MR. JAMES H. BARRETT, Standby Counsel
                             Assistant Federal Public Defender
21                           OFFICE OF THE FEDERAL PUBLIC DEFENDER
                             214 West Lincolnway
22                           Suite 31-A
                             Cheyenne, WY 82001
23
      Court Reporter:        MS. JULIE H. THOMAS, RMR, CRR
24                           2120 Capitol Avenue, Room 2228
                             Cheyenne, WY 82001
25                           (307)778-0078    CA CSR No. 9162

      Proceedings recorded by mechanical stenography,
      transcript produced by computer.
```

1   (Proceedings resumed 9:09 a.m.,
2   July 29, 2014.)
3                    *     *     *     *     *
4       MS. SPRECHER:  The Government rests, Your Honor.
5       THE COURT:  Very well.  Members of the jury, we will
6   be standing in our recess at this time.  Lunch will be at the
7   Albany for you, which is located across from the Depot
8   downtown.  I think the weather's pretty nice this afternoon,
9   and they are expecting you in about 15 minutes, and lunch will
10  be on the court.
11      We'll stand in recess until 1:30 o'clock.  Please
12  remember the Court's admonition.
13      (Jury out at 11:40 a.m.)
14      THE COURT:  Please be seated.
15      (The defendant and standby counsel consult.)
16      MR. IVERSON:  At this time, Your Honor, I'd like to
17  move or put forth a motion for dismissal on the grounds that
18  they've failed to prove their case.
19      THE COURT:  Very well.  This is a motion for judgment
20  of acquittal in this case on the basis that the Government has
21  failed to present a prima facie case in this matter.  Is there
22  anything that you wish to argue in that regard?
23      MR. IVERSON:  I need to argue it?
24      THE COURT:  Well, one of the objections that you wish
25  to preserve, I think, in this matter is that the evidence

1  of -- the failure of the Government to produce the actual
2  certificates of insurance by the Federal Deposit Insurance
3  Corporation reflects that the evidence that the bank was
4  federally insured is defective in this matter.
5          MR. BARRETT:  That would be correct, Your Honor.
6          THE COURT:  Is that one of the objections that you
7  have in this case?
8          MR. BARRETT:  Yes.
9          MR. IVERSON:  Yes.
10      (The defendant and standby counsel consult.)
11         MR. IVERSON:  Based on the admission of this
12 evidence --
13      (The defendant and standby counsel consult.)
14         MR. IVERSON:  -- through the hearsay testimony of the
15 agent.
16         THE COURT:  Very well.  Does the Government have a
17 response?
18         MS. SPRECHER:  Yes, Your Honor.  The hearsay is the
19 weight of the evidence rather than -- and actually it wasn't
20 hearsay.  It was records relied on by the agent in his normal
21 course of business.  But certainly the defendant can argue the
22 weight of that evidence, if he wants to, to the jury.
23         At this point, taking the evidence in the light most
24 favorable to the Government, I believe the Government has
25 proven its -- the elements of the charge of bank fraud, and

12-CR-00245-J						Motion Excerpt						II - 4

1   we'd ask that the Court deny the motion.
2           THE COURT:  Very well.  I'll overrule the motion in
3   this case.  And you are preserving this objection for any
4   possible appeal that you may file or choose to file at a later
5   time.  That's the importance of making the motion that you
6   have just made.
7           Again, the Government has now rested its case in
8   chief.  You have an opportunity now to make your opening
9   statement -- you reserved opening statement at the beginning
10  of the trial -- and to present any evidence that you wish to
11  present, call any witnesses that you wish to examine or have
12  examined before the Court and present their testimony and any
13  exhibits that you wish to present in this matter.  I would
14  remind you, of course, that your right to remain silent is
15  intact.  You are under no obligation to present evidence or to
16  testify.  That is entirely up to you.  Do you understand?
17          MR. IVERSON:  Yes.
18          THE COURT:  All right.  We'll be back here at 1:30.
19  I wanted to give you some time to be able to think about how
20  you wish to proceed at this point.
21          MR. IVERSON:  Okay.
22          THE COURT:  And this will give you, you know, the
23  lunch hour to think about those things.
24          Mr. Barrett, can you think of anything that the Court
25  maybe should bring up or remind Mr. Iverson of?

Julie H. Thomas, RMR, CRR							(307)778-0078

1          MR. BARRETT:  Not at this point, Your Honor, no.
2          THE COURT:  All right.
3          MR. IVERSON:  How do I get something to write with?
4          MR. BARRETT:  We can get you a pen.
5          MR. IVERSON:  Oh, one of those.  Okay.
6          THE COURT:  If there's nothing further, we'll stand
7   in recess.
8       (Proceedings recessed 11:45 a.m. to 1:41 p.m.,
9        resuming outside the presence of the jury.)
10                  *     *     *     *     *
11      (Proceedings recessed 5:04 p.m.,
12       July 29, 2014.)

1                          C E R T I F I C A T E

4           I, JULIE H. THOMAS, Official Court Reporter for the
5   United States District Court for the District of Wyoming, a
6   Registered Merit Reporter and Certified Realtime Reporter, do
7   hereby certify that I reported by machine shorthand the
8   proceedings contained herein on the aforementioned subject on
9   the date herein set forth, and that the foregoing pages
10  constitute a full, true and correct transcript.
11          Dated this 22nd day of December, 2014.

15                       /s/ Julie H. Thomas

16                         JULIE H. THOMAS
                         Official Court Reporter
17                      Registered Merit Reporter
                        Certified Realtime Reporter
18                          CA CSR No. 9162